Tino, X. Do, Esq. (SBN 172509)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: tdo@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, U.A. Local 393
Health And Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND, and its JOINT BOARD OF TRUSTEES; *et al*.<br><br>         Plaintiffs,<br>   v.<br><br>AGRS INVESTMENTS, LLC, dba ECO HVAC CONTRACTING; ALIREZA GHANBARI, an individual,<br><br>         Defendants. | Case No. 22-07870<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties hereto that Judgment shall be entered in the within action in favor of Plaintiffs, U.A. Local 393 Health And Welfare Trust Fund, et al., *et al*. ("Plaintiffs" or "Trust Funds") and against Defendants AGRS Investments, LLC, dba ECO HVAC CONTRACTING ("ECO HVAC") and Alireza Ghanbari, an individual, (collectively "Defendants") as follows:

1.      Defendant AGRS Investments, LLC, dba ECO HVAC CONTRACTING. ("ECO HVAC") is signatory to and bound by the Santa Clara County Countywide Project Labor Agreement ("Santa Clara PLA"), San Jose Evergreen Community College District Project Labor Agreement ("Evergreen PLA"), and the Citywide Project Labor Agreement for the City of San Jose ("San Jose PLA"). By being bound by the Santa Clara PLA, Evergreen PLA, and the San Jose PLA, ECO HVAC agreed to be bound by the incorporated written terms of the trust agreements of the UA Local Union 393

1

1. Trust Funds. The PLA is still in full force and effect.

2. Alireza Ghanbari confirms that he is the CEO and President of Defendant ECO HVAC and is authorized to enter into this Stipulation on behalf of Defendant ECO HVAC.

3. Alireza Ghanbari also confirms that he is personally guaranteeing the amounts due herein, and confirms that he shall be added as a Defendant to the above-captioned action. Defendant/Guarantor Alireza Ghanbari and Defendant ECO HVAC, specifically consent to the Court's jurisdiction, as well as to the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendants further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which Defendant ECO HVAC joins or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Guarantor is an officer, owner or possesses any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, in writing, at the time of any assignment, affiliation or purchase.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 22-07870**
P:\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC -Fully Executed  Judgment Pursuant to Stipulation.docx

4. As of November 22, 2022, the following are Defendants known debts to the Trust Funds:

| Work Month | Contribution Amounts Reported | Contribution Balance | Liquidated Damages | 10% Interest Due | Total |
|---|---|---|---|---|---|
| November 2020 | $3,235.44 | $0.00 | $250.00 | $ 0.00 | $250.00 |
| December 2020 | $7,531.68 | $0.00 | $250.00 | $ 0.00 | $250.00 |
| January 2021 | $9,335.04 | $0.00 | $250.00 | $ 0.00 | $250.00 |
| February 2021 | $8,486.40 | $0.00 | $250.00 | $ 65.24 | $315.24 |
| March 2021 | $13,361.92 | $0.00 | $250.00 | $ 40.08 | $290.08 |
| April 2021 | $16,534.24 | $0.00 | $250.00 | $ 239.85 | $489.85 |
| September 2021 | $12,270.34 | $0.00 | $250.00 | $ 174.33 | $424.33 |
| October 2021 | $29,333.84 | $0.00 | $250.00 | $ 168.45 | $418.45 |
| November 2021 | $55,601.31 | $0.00 | $250.00 | $ 182.73 | $432.73 |
| December 2021 | $72,273.17 | $0.00 | $250.00 | $ 455.28 | $705.28 |
| January 2022 | $66,626.48 | $0.00 | $250.00 | $ 145.88 | $395.88 |
| February 2022 | $41,403.23 | $0.00 | $250.00 | $ 68.01 | $318.01 |
| April 2022 | $39,650.36 | $0.00 | $250.00 | $ 43.08 | $293.08 |
| May 2022 | $40,801.12 | $0.00 | $250.00 | $ 156.22 | $406.22 |
| June 2022 | $29,617.21 | $0.00 | $250.00 | $89.12 | $339.12 |
| July 2022 | $20,745.04 | $0.00 | $250.00 | $136.50 | $386.50 |
| August 2022 | $22,236.05 | $22,236.05 | $250.00 | $395.85 | $22,881.90 |
| September 2022 | $17,326.80 | $17,326.80 | $250.00 | $166.25 | $17,743.05 |
| October 2022 | $20,623.92 | $20,623.92 | $250.00 | $22.60 | $20,896.52 |
| *Subtotal* | | $60,186.77 | $4,750.00 | $2,549.47 | **$67,486.24** |
| | | | Attorneys' Fees (through 10/31/22) | | $4,322.70 |
| | | | Costs (through 11/21/22) | | $402.00 |
| | | | **GRAND TOTAL DUE:** | | **$72,210.94** |

### REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION

5. **Notice requirements** pursuant to the terms of this Stipulation are as follows:

a) Notices to Defendants:  Alireza Ghanbari, AGRS Investments, LLC, dba ECO HVAC CONTRACTING, 6503 Trinidad Court, San Jose, CA 95120; Email: rghanbari@ecohvaccontracting.com

3

      b)      <u>Notices to Plaintiffs</u>: Siddharth Jhans, Saltzman & Johnson Law Corp., 5100-B1 Clayton Road, Ste 373, Concord, CA 94521; Email: sjhans@sjlawcorp.com, copy to collections@sjlawcorp.com

6.      The requirements pursuant to the terms of this Stipulation are as follows:

      a)      **Monthly Payments**: Defendants shall conditionally pay the amount of **$5,931.00**, representing all of the above amounts, less *conditionally waived* liquidated damages in the amount of $4,750.00**.**

      i)      Payments in the amount of **$5,931.00 per month** shall begin on December 18, 2022, and continue on or before the 18th of each month thereafter **for a period of twelve (12) months**. Plaintiffs may require that Defendants pay electronically by ACH/wire transfer, or by cashier's check.

      ii)      Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

      iii)      Payments shall be applied first to interest, at the rate of 10% per annum in accordance with the PLA, Bargaining Agreements and Trust Agreements. Interest shall begin to accrue on November 18, 2022.

      b)      **Contributions:** Beginning with contributions due for hours worked by Defendant ECO HVAC's employees during the month of November 2022, and for every month thereafter until this Judgment is satisfied, Defendants shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the PLA and Bargaining Agreement(s).

      c)      **Job Report:** Beginning with the month of November 2022, and for every month thereafter, Defendants shall fully disclose all jobs on which Defendant ECO HVAC is working by providing Plaintiffs with fully completed job reports on the form attached hereto as *Exhibit A*. Upon request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

      d)      **Audit:** Should the Trust Funds request an audit of Defendant ECO HVAC's payroll records pursuant to the requirements of the PLA(s), Bargaining Agreement(s) and/or Trust Agreements, Defendants must contact the auditor within seven days of receiving notice, and must schedule the audit as requested. Defendants must fully comply with the audit by keeping the scheduled appointment for the audit and making all documentation requested by the auditor available for

inspection.

        i)        In the event that amounts are found due to Plaintiffs as a result of the audit, Plaintiffs shall send a copy of the audit report and written demand for payment to Defendants. In the event that the audit findings are not contested, payment in full shall be delivered to Siddharth Jhans at the address provided above within ten days of the date of the demand letter.

        ii)        In the event that Defendants dispute the audit findings, Defendants must provide the dispute in writing, with all supporting documentation, within ten days of the date of the demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment in full of the amount requested in the above-described demand letter, plus additional interest, will be immediately due. If revisions are made, payment in full of the revised amount shall be immediately due. Plaintiffs shall send a revised written demand for payment to Defendants. Payment in full shall be delivered to Siddharth Jhans at the address provided above within ten days of the date of the demand letter.

        iii)        If Defendants are unable to make payment in full, Defendants may submit a request to add the amounts found due to this Stipulation. If the Stipulation is so revised, Defendants shall execute the Amended Judgment or Amendment to Judgment within ten days of receipt. Failure to execute the revised agreement shall constitute a default of the terms herein.

        iv)        Failure by Defendants to fully comply with the audit, and/or submit either payment in full or a request to add the amounts due to this Judgment within ten days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on audit shall immediately become part of this Judgment.

    e)    **Fees:** Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs.

7.    In summary, Defendants shall deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until this Stipulation has been fully satisfied:

5

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.  22-07870**
P:\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC -Fully Executed  Judgment Pursuant to Stipulation.docx

| Required Submissions | Delivery deadlines[1] | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $5,931.00** payable to *U.A. Local 393 Trust Funds* | 22nd day of each month (12/18/22-11/18/23) | Siddharth Jhans Saltzman & Johnson Law Corp. 5100-B1 Clayton Road, Ste 373, Concord, CA 94521 |
| **Current contribution reports and payments** payable to *U.A. Local 393 Trust Funds* | 22nd day of each month (12/18/22-11/18/23) (Beginning 12/18/22, for for 11/22 hours) | U.A. Local 393 Trust Funds P.O. Box 92148 Las Vegas, NV 89193-2148  Plus copies to: compliance@sjlawcorp.com (subject: "ECO HVAC") |
| **Completed job reports** (form attached as Exhibit A to Stipulation) **and Certified Payroll** (if requested) | 22nd day of each month (12/18/22-11/18/23) (Beginning 12/18/22, for for 11/22 hours) | compliance@sjlawcorp.com (subject: "ECO HVAC") |

8. Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, or failing to endorse a joint check provided for the payment of amounts due under the terms of this Stipulation including current contributions, shall constitute a default of the obligations under this Stipulation.

**DEFAULTS UNDER THE TERMS OF THIS STIPULATION**

9. If default occurs, Plaintiffs shall make a written demand to Defendants to cure said default *within seven (7) days of the date of the notice from Plaintiffs*. In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated damages/interest (if applicable), and additional attorney's fees and costs incurred herein.

10. Any unpaid or late-paid contributions, together with 20% liquidated damages and 10% per annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any contributions and related amounts not included herein. This includes, but is not limited to, any

---

[1] If the Stipulation has not been fully satisfied by 11/18/23, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

6

JUDGMENT PURSUANT TO STIPULATION
Case No.   20-07870
P:\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC -Fully Executed  Judgment Pursuant to Stipulation.docx

amounts due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to Trust Fund policy. Defendants specifically waive the defense of the doctrine *res judicata* as to any such additional amounts determined as due.

11. A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.

## **MISCELLANEOUS PROVISIONS**

12. The above requirements remain in full force and effect regardless of whether or not Defendants have ongoing work, whether Defendants' account with the Trust Funds is active, or whether Defendants are signatories to PLA(s) or Collective Bargaining Agreement(s) with the Union. If, for any reason, Defendants have no work to report during a given month, Defendants shall submit the job report form (Exhibit A attached hereto) indicating that there are no current jobs. If Defendants are required to contribute and have no contributions to report, Defendants shall submit the applicable contribution report stating "no employees."

13. Payments made by joint check shall be endorsed on behalf of Defendants prior to submission, and may be applied toward Defendants' monthly stipulated payment, provided that the issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which a release is requested may not be applied toward Defendants' monthly stipulated payment, but shall be deducted from the total balance owed under this Stipulation, provided the payment is for contributions included in this Stipulation.

14. Prior to the last payment pursuant to this Stipulation, Plaintiffs shall advise Defendants as to the final amount due, including additional interest, any current contributions and related amounts, and all additional attorneys' fees and costs incurred by Plaintiffs, whether or not Defendants default herein. Any additional amounts due shall be paid in full with the final stipulated payment due before October 22, 2023.

//

7

15. The conditional waiver of liquidated damages shall be presented to the Board of Trustees for consideration only after all amounts due under the terms of this Stipulation are paid in full, and Defendant ECO HVAC's account is otherwise current. If the waiver is granted, a Satisfaction of Judgment will be filed with the Court once all payments have cleared the bank. If the waiver is not granted, the liquidated damages will be immediately due. The waiver may be granted with further conditions, such as paying timely and remaining current for an additional period of time.

16. Defendants waive any notice of Entry of Judgment or of any Request for a Writ of Execution, and expressly waive all rights to stay of execution and appeal.

17. Any failure on the part of Plaintiffs to take any action as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach.

18. Defendants have represented that they do not intend to file for Bankruptcy protection. In the event that Defendants file for Bankruptcy protection, Defendants specifically agree that the amounts due hereunder, which are employee benefits and related sums, shall not be dischargeable. Defendants agree to reaffirm this debt, and will not request that the debt be discharged.

19. Should any provisions of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

20. This Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendants acknowledge that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendants and control group members, as provided by Plaintiffs' Plan documents, Trust Agreements incorporated into their PLA(s) and Bargaining Agreements, and applicable laws and regulations. The parties to this Stipulation understand and agree that nothing contained herein shall in any manner relate to or otherwise limit the obligations of Defendants with respect to the assessment and collection of withdrawal liability pursuant to 29 U.S.C. § 1381 et seq.

//

8

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.  20-07870**
P:\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC -Fully Executed  Judgment Pursuant to Stipulation.docx

21. This Stipulation contains all of the terms agreed to by the parties and no other agreements have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

22. This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

23. Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware of and represent that they enter into this Stipulation voluntarily and without duress.

24. The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

DATED: November 22, 2022         **AGRS INVESTMENTS, LLC, dba ECO HVAC CONTRACTING**

By: _____/S/_____
Alireza Ghanbari,
CEO

DATED: November 22, 2022         **ALIREZA GHANBARI**

By: _____/S/_____
Alireza Ghanbari,
CEO

DATED: November 29, 2022         **U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND ET AL**.

By: _____/S/_____
Eric Mussynski
Trustee for U.A. Local 393
Health And Welfare Trust Fund, et al.

9

JUDGMENT PURSUANT TO STIPULATION
Case No.  20-07870
P:\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC -Fully Executed  Judgment Pursuant to Stipulation.docx

DATED: November 22, 2022          **U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND ET AL**.

By: _____/S/_____
Alex Hall
Trustee for U.A. Local 393
Health And Welfare Trust Fund, et al.

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: _____, 2022

_____
U.S. DISTRICT COURT JUDGE

10

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.   22-07870**
P:\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC -Fully Executed  Judgment Pursuant to Stipulation.docx

**Exhibit A: JOB REPORT FORM**
**Completed Forms Due by the last business day of each month**
by email to compliance@sjlawcorp.com (subject line: ECO HVAC), or
delivered to Saltzman & Johnson, 5100-B1 Clayton Road, Ste 373, Concord, CA 94521

**Employer: ECO HVAC CONTRACTING**
Report for the month of _____, 20__  Submitted by: _____

| Project Name: | | Public or Private? (Circle one) | |
|---|---|---|---|
| Project Address: | | | |
| General Contractor: | | | |
| General Contractor Address: | | | |
| General Contractor Phone #: | | Project Manager Name: | |
| Project Manager Phone #: | | Project Manager email address: | |
| Contract #: | | Contract Date: | |
| Total Contract Value: | | | |
| Work Start Date: | | Work Completion Date: | |
| Project Bond #: | | Surety: | |

| Project Name: | | Public or Private? (Circle one) | |
|---|---|---|---|
| Project Address: | | | |
| General Contractor: | | | |
| General Contractor Address: | | | |
| General Contractor Phone #: | | Project Manager Name: | |
| Project Manager Phone #: | | Project Manager email address: | |
| Contract #: | | Contract Date: | |
| Total Contract Value: | | | |
| Work Start Date: | | Work Completion Date: | |
| Project Bond #: | | Surety: | |

***Attach additional sheets as necessary***

1

**EXHIBIT A TO JUDGMENT PURSUANT TO STIPULATION**
Case No. 20-07870

1  have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

2.  22.  This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

3.  23.  Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware of and represent that they enter into this Stipulation voluntarily and without duress.

4.  24.  The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

DATED: 11, 22 , 2022

**AGRS INVESTMENTS, LLC, dba ECO HVAC CONTRACTING**

By: _____
Alireza Ghanbari,
CEO

DATED: 11, 22 , 2022

**ALIREZA GHANBARI**

By: _____
Alireza Ghanbari,
CEO

DATED: _____, 2022

**U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND ET AL.**

By: _____
Eric Mussynski
Trustee for U.A. Local 393
Health And Welfare Trust Fund, et al.

---

JUDGMENT PURSUANT TO STIPULATION
Case No.

9

1  have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by
2  all parties hereto.
3     22.   This Stipulation may be executed in any number of counterparts and by facsimile, each of
4  which shall be deemed an original and all of which shall constitute the same instrument.
5     23.   Defendants represent and warrant that they have had the opportunity to be or have been
6  represented by counsel of their own choosing in connection with entering this Stipulation under the
7  terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware
8  of and represent that they enter into this Stipulation voluntarily and without duress.
9     24.   The parties agree that the Court shall retain jurisdiction of this matter until this Judgment
10 is satisfied.

DATED: 11, 22, 2022

AGRS INVESTMENTS, LLC, dba ECO HVAC CONTRACTING

By: _____
Alireza Ghanbari,
CEO

DATED: 11, 22, 2022

**ALIREZA GHANBARI**

By: _____
Alireza Ghanbari,
CEO

DATED: _____, 2022

U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND ET AL.

By: _____
Eric Mussynski
Trustee for U.A. Local 393
Health And Welfare Trust Fund, et al.

---

JUDGMENT PURSUANT TO STIPULATION
Case No.

9

DATED: 11/22/2022, 2022         U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND ET AL.

By: _____
Alex Hall
Trustee for U.A. Local 393
Health And Welfare Trust Fund, et al.

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter until this Judgment is satisfied.

DATED: January 3, 2023

_____
SUSAN VAN KEULEN
U.S. MAGISTRATE JUDGE

10

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.**
\\SJLAW-FILES\Public\CLIENTS\PIPCL\Eco HVAC\Pleadings\Stipulation\Eco HVAC - Judgment Pursuant to Stipulation.docx